ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, v. ELIJAH WILLIAM ROBERTS, Defendant. | Case No. 2:15-cr-00703 HCN SUBSTITUTION OF COUNSEL Judge Howard C. Nielson, Jr. |
|---|---|

Comes now, the United States by and through the undersigned Assistant United States Attorney and hereby gives notice that KARIN M. FOJTIK now serves as substitute counsel for the United States in place of Acting United States Attorney Andrea T. Martinez.

DATED this 28th day of June, 2021.

ANDREA T. MARTINEZ
Acting United States Attorney

*/s/ Karin M. Fojtik*
KARIN M. FOJTIK
Assistant United States Attorney