12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Request and Order to Amend Previous Petition

| | | | |
|---|---|---|---|
| Name of Offender: | **Elijah William Roberts** | Docket Number: | **2:15CR00703-001** |

Name of Sentencing Judicial Officer:     **Honorable David Nuffer**
                                          **U.S. District Judge**

Name of Assigned Judicial Officer:       **Honorable Howard C. Nielsen, Jr.**
                                          **U.S. District Judge**

Date of Original Sentence: **September 7, 2016**
Original Offense: **Possession of Child Pornography**
Original Sentence: **60 Months Incarceration/240 Months Supervised Release**

Type of Supervision: **Supervised Release**         Supervision Began: **February 21, 2020**

---

### PETITIONING THE COURT

☒  To amend the petition signed on June 17, 2021 as follows:

### CAUSE

*Allegations on June 16, 2021:*

**Allegation No. 1:** On or about June 15, 2021 the defendant failed to cooperate with the U.S. Probation and Pretrial Services Computer and Internet Monitoring Program by possessing an unauthorized smart phone with unmonitored access to the internet.

**Allegation No. 2:** On or about June 15, 2021 the defendant failed to cooperate with the U.S. Probation and Pretrial Services Computer and Internet Monitoring Program by possessing a flip phone with unmonitored access to the internet.

**Allegation No. 3:** On or about June 15, 2021, the defendant viewed, accessed, or possessed sexually explicit material.

Evidence in support of these allegations include contraband collected from the defendant's residence on June 15, 2021, including one smartphone and one flip phone containing sexually explicit material.

*Additional allegations:*

**Allegation No. 4:** On or about June 15, 2021, the defendant committed another federal, state, or local crime, to wit: possession of child pornography.

Evidence in support of this allegation is derived from contraband collected from the defendant's residence on

PROB 12C  
D/UT 03/19

Elijah William Roberts  
2:15CR00703-001

June 15, 2021, including one smartphone and one flip phone belonging to the defendant. Subsequent forensic examination of the smartphone revealed child pornography.

I declare under penalty of perjury that the foregoing is true and correct.

by Brian Tillack  
U.S. Probation Officer  
July 8, 2021

**THE COURT ORDERS:**

[X] That the original petition be amended to include all allegations outlined  
[ ] No action  
[ ] Other

Honorable Howard C. Nielsen, Jr.  
United States District Judge  
Date: 7/9/2021