AO 442

# United States District Court
for the
District of Utah

FILED US District Court-UT
JUL 12 '21 PM 03:43

UNITED STATES OF AMERICA

V.

**Elijah William Roberts**

Case No: **2:15-CR-00703 DN**

## ARREST WARRANT

 **ORIGINAL**

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **ELIJAH WILLIAM ROBERTS**,
who is accused of an offense or violation based on the following document filed with the court:

[ ] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[X] Supervised Release Violation Petition

This offense is briefly described as follows:

Alleged Violation of Supervised Release

in violation of _____ United States Code.

D. Mark Jones
Name of Issuing Officer

Signature of Issuing Officer

By: Aimee Trujillo
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

June 17, 2021 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-17-2021 | G. Estrada | *signature* |
| DATE OF ARREST | | |
| 7-8-2021 | | |